**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LIBORIO RUIZ LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-03-362-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| LIBORIO RUIZ LOPEZ, JR.,et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Phillip A. Talbert, and defendant Liborio Ruiz Lopez, Jr., by his counsel James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, November 4, 2005, at 9:00 a.m.** before the Honorable District Court Judge Garland E. Burrell, Jr. shall be continued to **Friday, December 16, 2005, at 9:00 a.m.**

Time can be excluded from the speedy trial act due to the fact that the government and the defendant are continuing in the process of discussions and negotiations in a good faith effort and attempt to resolve this matter short of trial; the co-defendant in this case has already pled guilty and is set for sentencing in January, 2006; defense counsel is in the second of three back to back to back murder with special circumstances trials in state Court in Sacramento County (People v. Kathryn E. Potter 02F07057) which began in the middle of October and is now scheduled to last into January of

1

1  2006; government and the defense continue to have many discussions regarding this case and have
2  had face to face meetings which were very productive and both sides are diligently working toward a
3  resolution in this case; additional time is needed to accomplish this task; investigation by the parties
4  is on going during the good faith efforts at negotiating a resolution short of trial; the parties have
5  been sharing information and continue to share information in the on going good faith efforts at
6  resolving this matter; when new information is presented it is being investigated by both sides; both
7  the government and the defense have been, are and continue to diligently work so as to resolve this
8  matter.
9       The parties stipulate and agree that time shall be excluded **through Friday, December 16,**
10 **2005, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T**-4.

11                                 Respectfully submitted,

12                                 McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY
13
                                   /s/ PHILLIP A. TALBERT by telephone authorization
14
   DATED: 11-3-05                  _____
15                                 PHILLIP A. TALBERT
                                   ASSISTANT UNITED STATES ATTORNEY
16                                 ATTORNEYS FOR THE PLAINTIFF

17                                 /s/ JAMES R. GREINER
   DATED:11-3-05                   _____
18                                 JAMES R. GREINER
                                   ATTORNEY FOR DEFENDANT LOPEZ, JR.
19

20                                 **ORDER**

21      **IT IS SO ORDERED.**

22 DATED:  November 7, 2005

23                                          /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
24                                          United States District Judge

25

26

27

28
                                        2