1  **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
LIBORIO RUIZ LOPEZ, JR.

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

                     EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )      CR.-S-03-362-GEB
                                       )
11         PLAINTIFF,                   )      STIPULATION AND PROPOSED ORDER
                                       )      TO CONTINUE STATUS CONFERENCE
12         v.                           )
                                       )
13  LIBORIO RUIZ LOPEZ, JR.,et al.,    )
                                       )
14                                      )
           DEFENDANTS.                  )
15  _____  )

16

17      Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.

18  Phillip A. Talbert, and defendant Liborio Ruiz Lopez, Jr., by his counsel James R. Greiner, hereby

19  stipulate and agree that the status conference calendared for **Friday, June 16, 2006, at 9:00 a.m.**

20  before the Honorable District Court Judge Garland E. Burrell, Jr. shall be continued to **Friday, July

21  28, 2006, at 9:00 a.m.**

22      Time can be excluded from the speedy trial act due to the fact that the government and the

23  defendant are continuing in the process of discussions and negotiations in a good faith effort and

24  attempt to resolve this matter short of trial; the discussions are progressing and in good faith, both

25  parties have exchanged proposals to resolving the matter and those are being considered by both

26  sides;  the government and the defense continue to have discussions regarding this case and have had

27  face to face meetings which were very productive and both sides are diligently working toward a

28
                                            1

1  resolution in this case short of trial; the additional time is needed to move to resolve the case;

2  investigation by the parties is on going during the good faith efforts at negotiating a resolution short

3  of trial; the parties have been sharing information and continue to share information in the on going

4  good faith efforts at resolving this matter; when new information is presented it is being investigated

5  by both sides.

6       The parties stipulate and agree that time shall be excluded **through Friday, July 28, 2006,**

7  **under Title 18 section 3161(h)(8)(B)(ii) and Local Code T**-4.

8                       Respectfully submitted,

9                       McGREGOR W. SCOTT
                     UNITED STATES ATTORNEY

10

                     /s/ PHILLIP A. TALBERT by telephone authorization

11
  DATED: 6-14-06

12                       PHILLIP A. TALBERT
                     ASSISTANT UNITED STATES ATTORNEY

13                       ATTORNEYS FOR THE PLAINTIFF

14                       /s/ JAMES R. GREINER
  DATED: 6-14-06

15                       JAMES R. GREINER
                     ATTORNEY FOR DEFENDANT LOPEZ, JR.

16

17                       **ORDER**

18       **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

19  Dated:  June 19, 2006

20
                     /s/ Garland E. Burrell, Jr.

21                       GARLAND E. BURRELL, JR.
                     United States District Judge

22

2