**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LIBORIO RUIZ LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-03-362-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| LIBORIO RUIZ LOPEZ, JR.,et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Phillip A. Talbert, and defendant Liborio Ruiz Lopez, Jr., by his counsel James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, July 28 2006, at 9:00 a.m.** before the Honorable District Court Judge Garland E. Burrell, Jr. shall be continued to **Friday, September 29, 2006, at 9:00 a.m.**

Time can be excluded from both the speedy trial act and the Sixth Amendment right to a speedy trial due to the fact that the government and the defendant are continuing in the process of discussions and negotiations in a good faith effort and attempt to resolve this matter short of trial; the discussions are progressing and in good faith, both parties have exchanged proposals to resolving the matter and those are being considered by both sides; the government and the defense continue to have discussions regarding this case and have had face to face meetings which were very productive

1

and both sides are diligently working toward a resolution in this case short of trial; the additional time is needed to move to resolve the case; investigation by the parties is on going during the good faith efforts at negotiating a resolution short of trial; the parties have been sharing information and continue to share information in the on going good faith efforts at resolving this matter; when new information is presented it is being investigated by both sides; Offers and counteroffers are continuing to be made by both parties and both parties are continually in good faith negotiations over the proposals.

The parties stipulate and agree that time shall be excluded **through Friday, September 29, 2006, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T**-4.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ PHILLIP A. TALBERT by in person authorization

DATED: 7-27-06
_____
PHILLIP A. TALBERT
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

/s/ JAMES R. GREINER
DATED: 7-27-06
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT LOPEZ, JR.

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  July 27, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2