1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   LIBORIO RUIZ LOPEZ, JR.
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )      CR.-S-03-362-GEB
                                      )
11          PLAINTIFF,                )      STIPULATION AND PROPOSED ORDER
                                      )      TO CONTINUE JUDGMENT AND
12     v.                             )      SENTENCE
                                      )
13 LIBORIO RUIZ LOPEZ, JR.,et al.,    )
                                      )
14                                    )
            DEFENDANTS.               )
15 _____ )

16
17        Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.

18 Phillip A. Talbert, and defendant Liborio Ruiz Lopez, Jr., by his counsel James R. Greiner, hereby

19 stipulate and agree that the current judgment and sentence date of **Friday, March 16,  2007, at 9:00**

20 **a.m.** before the Honorable District Court Judge Garland E. Burrell, Jr. shall be vacated and

21 continued to **Friday, May 4, 2007, at 9:00 a.m.**

22        The parties stipulate and agree that there is no Speedy Trial Act exclusion of time required

23 for continuing the judgment and sentence date. Further, the Court's Courtroom Deputy and the

24 Probation Officer have both been contacted to ensure that the requested date is available and good

25 on the respective calendars, and it is.

26        Further the new schedule is as follows:

27

28                                        1

| | |
|---|---|
| Draft due to defense counsel | March 23, 2007 |
| Informal Objections to Probation due | April 6, 2007 |
| Final Probation Report to the Court due | April 13, 2007 |
| Formal Objections due to the Court by | April 20, 2007 |
| Judgment and Sentence date | May 4, 2007 |

Is it so agreed and stipulated to.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ PHILLIP A. TALBERT by telephone authorization by
                                                      James R. Greiner

DATED: 2-26-07
_____
PHILLIP A. TALBERT
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

/S/ JAMES R. GREINER

DATED: 2-26-07
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT LOPEZ, JR.

Permission to sign was granted by telephone authorization after full discussion.

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  February 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2