**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LIBORIO RUIZ LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.-S-03-362-GEB |
| PLAINTIFF, | ) ) | REQUEST TO RELEASE AND ORDER BAIL POSTED |
| v. | ) ) | EXONERATED |
| LIBORIO RUIZ LOPEZ, JR.,et al., | ) ) | |
| DEFENDANTS. | ) ) | |
| _____ | ) | |

On September 14, 2007, this Court sentenced the defendant, LIBORIO RUIZ LOPEZ, JR., to 36 months probation. (See Docket entry # 100). On October 1, 2007, this Court entered the judgment and commitment Order as to the defendant, (See Docket Entry # 101).

The property posted for the defendant's pre-trial release is no longer needed to secure the defendant's presence since the case has now concluded.

The defense is requesting this Court Order that the Clerk of the Court exonerate and release the bail bond and deeds of trust filed with this Court on September 3 and September 18, 2003 (See Docket Entries # 16, 17 and 21) regarding the following property: the commonly know street address of 3116 Juliet Road, Stockton, California, 95205 with the legal description of the property being: Lot 145,

as shown upon map entitled, the Villa Unit No. 3, filed for record August 5, 1986, in volume 27 of maps and plats, page 90, San Joaquin county records.

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  November 29, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2